OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

9/24/2014

UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0006557458     SEP 25 2014
MAILED FROM ZIP CODE 78701

BUNTON, RONALD WAYNE   Tr. Ct. No. 19,298; 19,529; 19,530; 19,531   WR
74,113-09

This is to advise that the Court has denied without written order motion for leave t
file the original application for writ of mandamus.

Abel Acosta, Cler

RTS

RETURN TO SENDER

RONALD WAYNE BUNTON
EAST TEXAS TREATMENT - TDC # 620942
900 INDUSTRIAL DRIVE        U TF
HENDERSON, TX 75652

Released or No Longer At This Facility